# Court of Appeals
# of the State of Georgia

ATLANTA,___July 15, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0422. HUGO LACASIDON v. THE STATE.**

In 1989, Hugo Lacasidon pled guilty to rape, two counts of aggravated assault, armed robbery, burglary, aggravated sodomy, and two counts of kidnapping. Years later, he filed a pro se "Motion to Correct Transcript." The trial court denied this motion on April 30, 2014, and Lacasidon filed this application for discretionary appeal on June 19, 2014.[1] We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. See *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Lacasidon filed his application 50 days after entry of the order he seeks to appeal, we lack jurisdiction to consider his application. Accordingly, this application is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_07/15/2014_____
        *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Although Lacasidon attempted to file the application earlier, we could not accept it for filing at that time because he failed to include the requisite filing fee or a pauper's affidavit as required by OCGA § 5-6-4 and Court of Appeals Rule 31 (d).